In the Matter of the Petition of RED CROSS LINE, Respondent, for an Order Directing ATLANTIC FRUIT COMPANY, Appellant, to Proceed to Arbitration.

*Appeal — motion to dismiss on ground that constitutional question was not directly involved, denied.*

Reported below, 199 App. Div. 961.

(Submitted January 30, 1922; decided February 3, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1921, which affirmed an order of Special Term directing the appellant herein to proceed to arbitrate a dispute. Appellant contended that the Arbitration Law was unconstitutional.

The motion was made upon the ground that the appeal was not "from a judgment or order which finally determines an action or special proceeding where is directly involved the construction of the Constitution of the State or of the United States."

*Homer L. Loomis* and *Reginal B. Williams* for motion.

*John W. Crandall* and *E. R. Rapallo* opposed.

Motion denied, without costs and without prejudice to renewal of motion on argument.